**Matthew J. HILGEFORD,**
**Plaintiff—Appellant,**

v.

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; American International Group, Incorporated (AIG); Bank of America, NA, Defendants—Appellees.**

No. 09–1163.

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 23, 2009.

Matthew J. Hilgeford, Appellant Pro Se. Robert Barnes Delano, Jr., Sands, Anderson, Marks & Miller, Richmond, Virginia; Megan Conway Rahman, Troutman & Sanders, LLP, Richmond, Virginia, for Appellees.

Before NIEMEYER and DUNCAN, Circuit Judges.[*]

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew J. Hilgeford appeals the district court's order granting Defendants' motions to dismiss his several federal and state law claims against them. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hilgeford v. Nat'l Union Fire Ins. Co. of Pittsburgh,* No. 3:08–cv–00669–JRS, 2009 WL 302161 (E.D.Va. Feb. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

[*] The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006).